IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LARRY E. EALY, SR., :

       Petitioner,           Case No. 3:15-cv-79

- vs -                         District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

SEMOINE CHILDS, et al.,

       Respondent. :

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice for want of prosecution.

March \_\_\_\_, 2015.

                                                         Thomas M. Rose
                                                    United States District Judge